# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Malibu Media, LLC

                             Plaintiff,

v.                                                          Case No.: 1:12–cv–07579
                                                         Honorable Edmond E. Chang

John Does 1–23

                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 13, 2012:

      MINUTE entry before Honorable Edmond E. Chang: Plaintiff's motion for early discovery [5] is granted, on the condition (as represented in the motion) that Plaintiff may use the discovery only for the litigation of this case and the claims in the complaint, and no other. Plaintiff has shown good cause for the need to identify the Defendants via the IP addresses in the limited bitTorrent swarm identified in the complaint. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.