**FILED**

DEC 28 2012

THOMAS G BRUTON
CLERK, U S DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Malibu Media, LLC ) | Case Number: 1:12-cv-07579 |
| Plaintiff ) | |
| ) | Judge: Edmund E. Chang |
| v. ) | |
| ) | Magistrate Judge: |
| John Does 1-23 ) | |
| Defendant ) | |

## Motion to Quash

John Doe #2 (IP address 24.12.193.153) requests a motion to quash/vacate the Order to release our personal identification information (name, address, etc.) to the Plaintiff on the following grounds:
- The alleged downloading activity never occurred
- There are no download activity records on our household computer covering the alleged date and time
- There is no unlawful copyrighted material on our computer, and no specific copyright property is identified in the Subpoena
- According to our Internet Service Provider (Comcast), the IP address cited in the motion was assigned to us just 5 minutes prior to the alleged time of downloading, indicating the possibility of mistaken/mismatched IP identities

*John Doe #2*