**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION**

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 1:12-cv-7579 |
| | : | Honorable Edmond E. Chang |
| JOHN DOES 1-23, | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE 6 AND JOHN DOE 14 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 6 and John Doe 14 ("Defendants"). Pursuant to the settlement agreements' terms, Plaintiff hereby voluntarily dismisses Defendants from this action with prejudice. John Doe 6 was assigned the IP Address 67.163.76.75 and John Doe 14 was assigned IP Address 71.201.95.219. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants John Doe 6 and John Doe 14 have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: January ____, 2013

                                                                                Respectfully submitted,

                                                                                 By: ___/s/ *Paul J. Nicoletti*___
                                                                                 Paul J. Nicoletti
                                                                                  paul@nicoletti-associates.com
                                                                                  Law Office of Nicoletti & Associates, PLLC
                                                                                  36880 Woodward Avenue, Suite 100
                                                                                  Bloomfield Hills, MI 48304
                                                                                  Phone: 248-203-7800
                                                                                  *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on January ____, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                                 By:  /s/ *Paul J. Nicoletti*
                                                                    Paul J. Nicoletti