UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that, pursuant to the Executive Committee Order entered on January 3, 2013, the civil cases on the attached list have been selected for reassignment to form the initial calendar of the Honorable Thomas M. Durkin, therefore

IT IS HEREBY ORDERED That the attached list of 330 cases be reassigned to the Honorable Thomas M. Durkin

IT IS FURTHER ORDERED that this order shall become effective on Tuesday, January 15, 2013.

ENTER:

FOR THE EXECUTIVE COMMITTEE

*/s/ James F. Holderman*
Hon. James F. Holderman, Chief Judge

Dated at Chicago, Illinois this 14th day of January, 2013

**Cases To be Reassigned From the Hon. Marvin E. Aspen
to the Initial Calendar of the Hon. Thomas M. Durkin**

| | |
|---|---|
| 11 C 04418 | James v. Halter, et al. |
| 11 C 05913 | Tobias v. Dart, et al. |
| 11 C 08648 | Martin v. The Sutton Corporation |
| 12 C 05184 | Gardner v. City of Chicago |
| 12 C 07189 | Izsak, et al. v. City of Chicago, et al. |
| 12 C 09671 | Wells Fargo Bank v. Rivera, et al. |

**Cases To be Reassigned From the Hon. Elaine E. Bucklo
to the Initial Calendar of the Hon. Thomas M. Durkin**

| | |
|---|---|
| 09 C 06116 | Coactiv Capital Partners, Inc. v. IFC Capital Funding, et al. |
| 10 C 07233 | Audra Soulias v. Northwestern University |
| 11 C 04498 | Torres v. Anderson, et al. |
| 11 C 08603 | Hollyfield v. Keneard, et al. |
| 12 C 01520 | Hill-Lee, et al. v. Wells Fargo Dealer |
| 12 C 03600 | Greenfield v. The Paul Revere Life Insurance Co. |
| 12 C 04398 | Gursel v. Chicago Housing Authority |
| 12 C 06408 | U.S. Bank v. Jones |
| 12 C 07671 | Whitley v. JPMorgan Chase Bank, |
| 12 C 08202 | Bank of New York Mellon Trust Co. V. Garcia, et al. |
| 12 C 08703 | Dremco, Inc. v. Diver, et al. |
| 12 C 09260 | United States of America v. Ballew |
| 12 C 09793 | Coralic v. Northshore University HealthSystem |

**Cases To be Reassigned From the Hon. Rubén Castillo
to the Initial Calendar of the Hon. Thomas M. Durkin**

| | |
|---|---|
| 04 C 04584 | Goldberg v. Rush University Medical |
| 11 C 00944 | Titus v. IDOT, et al. |
| 11 C 08395 | Robinson-Williamson v. Applica Americas, Inc., et al. |
| 12 C 02562 | Slick v. Portfolio Recovery Association |
| 12 C 05554 | Samuels, et al. v. Chicago, et al. |
| 12 C 06671 | Omnisure Group, LLC vs. Automobile Consumer Service Corp. |
| 12 C 07219 | Erie Insurance Company v. Rand Olive Condominium Assoc., et al. |
| 12 C 08149 | Esquivel v. The North Riverside Smok |
| 12 C 08311 | Lauralee K Bell as Trustee v. Ruben |
| 12 C 08399 | Sears Holdings Corporation v. Capuan |
| 12 C 08907 | Grant v. Martin, et al. |
| 12 C 09230 | Calderone v. Chem-Plate Industries |
| 12 C 09610 | Mickey v. Cook County Municipality et al. |
| 12 C 09936 | Wheaton Bank & Trust Company vs. Play Soccer Chicago, LLC |

**Cases To be Reassigned From the Hon. Edmond E. Chang
to the Initial Calendar of the Hon. Thomas M. Durkin**

| | |
|---|---|
| 09 C 04313 | Jones v. Countrywide Home Loans, Inc. |
| 10 C 05921 | Hardy v. Wexford Health Sources, Inc. |
| 12 C 06033 | Hardy v. Quinn, et al. |
| 12 C 06460 | Hardy v. Hardy, et al. |
| 12 C 06554 | Hardy, Sr. v. Wexford Health Service |
| 11 C 04305 | Ware v. Luther Village Owners Corporation |
| 11 C 08704 | Bohn v. Boiron, Inc., et al. |
| 12 C 01274 | Gomez v. PNC Bank, National Association |
| 13 C 00095 | Ward v. PNC |
| 12 C 03614 | Bynum v. Pepsi America |
| 12 C 04683 | The Bank of New York Mellon v. Prystash, et al. |
| 12 C 05821 | R&D Film 1, LLC v. DOES 1-57 |
| 12 C 06686 | Tole v. Cavalry Portfolio Services |
| 12 C 07579 | Malibu Media, LLC v. John Does 1-23 |
| 12 C 08258 | Wiggins v. United States of America |
| 12 C 08991 | L. D'Agostini & Sons, Inc. v. Bunte |
| 12 C 09730 | Shelly Riley v. D. Taylor, Inc. |

**Cases To be Reassigned From the Hon. Sharon Johnson Coleman
to the Initial Calendar of the Hon. Thomas M. Durkin**

| | |
|---|---|
| 09 C 05555 | Chapman v. First Index, Inc. |
| 10 C 07213 | Calvin v. American Fidelity Mortgage |
| 11 C 02899 | U.S. Bank, National Association v. Ramos, et al. |
| 11 C 07228 | Cascades Computer Innovation, LLC v. Acer America Corp. |
| 11 C 09247 | U.S. Bank, National Association v. Lira, et al. |
| 12 C 02571 | Holt v. MRS BPO, L.L.C. |
| 12 C 03963 | James v. Saint Bernard Hospital, et al. |
| 12 C 04991 | Meagher, et al. v. Hoatson, et al. |
| 12 C 06128 | AF HOLDINGS LLC, v. John Doe |
| 12 C 07378 | Powell v. Murphy, et al. |
| 12 C 08098 | Solis v. Gupta, et al. |
| 12 C 09073 | McKee, et al. v. Bank of America |
| 12 C 09885 | HSBC Bank USA, National Association v. Bock, et al. |

**Cases To be Reassigned From the Hon. Suzanne B. Conlon
to the Initial Calendar of the Hon. Thomas M. Durkin**

12 C 00872   Dunne, et al. v. Reda
12 C 05068   Johnson v. Beach Park School District
12 C 06977   Fuqua v. Donahoe, et al.
12 C 07910   Phillips v. Atchison
12 C 08940   Malibu Media, LLC v. John Does 1 - 3
12 C 09601   Nardella v. Loan Relief Partners LLC


**Cases To be Reassigned From the Hon. John W. Darrah
to the Initial Calendar of the Hon. Thomas M. Durkin**

10 C 07238   Ellis v. Calumet City Police Officer
11 C 07308   Eskridge v. Chicago Board of Education
11 C 07741   Mitchell v. Webster, et al.
11 C 09264   PNC Bank v. 3600 South Western LLC, et al.
12 C 01341   Basil vs. CCS Services, Inc., et al.
12 C 04337   Candella v. Brothers Asphalt Paving
12 C 04554   Boclair v. Atchinson, et al.
12 C 06226   Bienias v. Donley
12 C 07307   Alexander, et al. v. City of Chicago, et al.
12 C 08054   Glover v. Midland Funding, LLC, et al.
12 C 08980   Demir v. Astrue, et al.
12 C 09505   Deutsche Bank v. Franco, et al.
12 C 10085   Trustees, Welfare Dept. Laborers' Council v. Hlustik, et al.


**Cases To be Reassigned From the Hon. Samuel Y. Der-Yeghiayan
to the Initial Calendar of the Hon. Thomas M. Durkin**

10 C 01491   Patterson v. Dorrough, Jr., et al.
11 C 03557   Sanders, et al. v. W&W Wholesale, Inc.
11 C 08274   Nagle v. FirstMerit Bank, N.A., et al.
11 C 08556   TCC Historic Tax Credit Fund v. Leven Pearlstein LLC, et al.
12 C 05757   Lagunas v. HMS Host, et al.
12 C 06557   Silic v. BBS Trucking Inc.
12 C 06850   Cobb v. United States of America
12 C 07682   Smith v. Davis, et al.
12 C 07780   HSBC Bank USA, N.A. v. Rizzo, et al.
12 C 08552   Johnstone v. Bank of America
12 C 09130   Stericycle, Inc. v. Carney
12 C 09583   Velazquez v. Astrue
12 C 09941   Donelan v. Amylin Pharmaceuticals

**Cases To be Reassigned From the Hon. Robert M Dow, Jr.
to the Initial Calendar of the Hon. Thomas M. Durkin**

| | |
|---|---|
| 08 C 04464 | Native American Arts, Inc. v. Mangal |
| 10 C 03031 | Laslie v. Chicago Transit Authority |
| 10 C 06266 | Securities and Exchange Commission v. Steffes, et al. |
| 11 C 03484 | Frederickson v. County of Will, et al. |
| 11 C 06716 | Harvey v. Wexford Health Sources Inc. |
| 12 C 00568 | Asher Worldwide Enterprises LLC, v. Sur La Table, Inc., et al. |
| 12 C 02591 | Marshall v. Chicago, et al. |
| 12 C 03955 | Kolak v. Cook County IL, et al. |
| 12 C 05450 | King v. Illinois Department of Corrections |
| 12 C 06914 | Campbell v. Cermak Health Services |
| 12 C 07944 | Ingenuity13 LLC v. John Doe |
| 12 C 08846 | Anthony Williams vs. Brian S. Howert |
| 12 C 09327 | Nilles v. Smiles by Farr Ltd. |

**Cases To be Reassigned From the Hon. Gary Feinerman
to the Initial Calendar of the Hon. Thomas M. Durkin**

| | |
|---|---|
| 10 C 00321 | Carter v. Chicago State University, et al. |
| 10 C 08031 | Tile Unlimited, Inc. v. Virginia Tile |
| 11 C 04526 | Powers v. Sun-Times Media, LLC |
| 11 C 07727 | Haskell v. Cook County Housing Authority |
| 12 C 00752 | Morado v. City of Chicago et a |
| 12 C 02518 | White v. John Stroger Hospital, et al. |
| 12 C 04105 | Midwest Operating Engineers Welfare Fund v. DMD Services, Inc. |
| 12 C 05510 | Gehrich v. Chase Bank, USA |
| 12 C 06674 | Malibu Media, LLC v. John Does 1-37 |
| 12 C 07693 | Hussain v. Federal Express |
| 12 C 08468 | Stone v. Cook Law Magistrate, et al. |
| 12 C 09335 | Chicago Carpenters Pension Fund v. Ruane Construction, Inc. |
| 12 C 09944 | Results One Financial LLC v. Federal Insurance Co. |

**Cases To be Reassigned From the Hon. Robert W. Gettleman
to the Initial Calendar of the Hon. Thomas M. Durkin**

| | |
|---|---|
| 02 C 03139 | Portis v. City of Chicago |
| 08 C 00085 | Spencer v. City of Rolling Meadows, et al. |
| 10 C 07094 | Reed v. Chicago, et al. |
| 11 C 05010 | Ammons v. Cook County, et al. |
| 12 C 00368 | Kratochvil v. Prudential Insurance |
| 12 C 02106 | Jordan v. Sumerdon, et al. |
| 12 C 04376 | Skorupski v. Polish National Alliance |

| | |
|---|---|
| 12 C 05050 | U.S. Bank N.A. v. Morales, et al. |
| 12 C 05834 | Sirlo v. Grossinger Chevrolet, Inc. |
| 12 C 07005 | Richelieu Foods, Inc. v. New Horizon |
| 12 C 08148 | Wright v. Chicago Police Department, et al. |
| 12 C 08794 | HSBC Bank USA, N.A. v. Janis, Jr., et al. |
| 12 C 09473 | Deutsche Bank v. Hawkins |

**Cases To be Reassigned From the Hon. Joan B. Gottschall
to the Initial Calendar of the Hon. Thomas M. Durkin**

| | |
|---|---|
| 08 C 01730 | Echevarria v. McCann, et al. |
| 09 C 04060 | Giger v. Ahmann, et al. |
| 10 C 08251 | Johnson v. USA, et al. |
| 11 C 05341 | American Business Lending, Inc., et al. v. Butt, et al. |
| 11 C 07462 | Conner v. Moreci, et al. |
| 12 C 00085 | Butler v. Ray Graham Association |
| 12 C 02511 | Libertarian Party of Illinois, et al. v. Ill State Board of Elections, et al. |
| 12 C 04344 | Deutsche Bank v. Mitchell, et al. |
| 12 C 05882 | Trustee, Sadler Revocable Trust v. Retail Properties of America, Inc., et al. |
| 12 C 06433 | Babin, et al. v. Retail Properties of America, Inc., et al. |
| 12 C 06743 | Schnierson v. Retail Properties of America, Inc., et al. |
| 12 C 08091 | Olive, et al. v. Retail Properties of America, Inc., et al. |
| 12 C 08522 | Jeffers v. Ameriprise Financial Services, Inc., et al. |
| 12 C 07150 | U.S. Bank National Association v. Malone, et al. |
| 12 C 08150 | Brandon Wade Licensing, LLC v. Steed |
| 12 C 09079 | Chicago Carpenters Pension Fund v. Copper Construction Co. |
| 12 C 09882 | U.S. Bank, National Association v. Guzman, et al. |

**Cases To be Reassigned From the Hon. Ronald A. Guzman
to the Initial Calendar of the Hon. Thomas M. Durkin**

| | |
|---|---|
| 07 C 00855 | Hernandez, et al. v. Cook County Sheriff |
| 10 C 06768 | Smith v. Randle, et al. |
| 11 C 04838 | Williams v. Hardy, et al. |
| 11 C 07640 | Montgomery, et al. v. Henderson, et al. |
| 12 C 00015 | Woodland v. Hardy, et al. |
| 12 C 01789 | Nichols v. Illinois Department of Transportation |
| 12 C 02980 | Haynes v. City of Chicago, et al. |
| 12 C 04043 | U.S. CFTC v. Schiller |
| 12 C 06175 | Stewart v. Bell Atlantic |
| 12 C 08455 | Deutsche Bank v. Orozco, et al. |
| 12 C 08497 | Miksis, et al. v. Evanston Township High School |
| 12 C 09330 | Luke Oil Co. v. Harjinder Singh, et al. |
| 12 C 09751 | Aegis Therapies, Inc. v. Prism Health |

**Cases To be Reassigned From the Hon. James F. Holderman
to the Initial Calendar of the Hon. Thomas M. Durkin**

| | |
|---|---|
| 10 C 03233 | Brodsky v. HumanaDental Insurance Co |
| 11 C 05807 | Dunstan, et al. v. comScore, Inc. |
| 12 C 00835 | Harris v. City of Chicago, et al. |
| 12 C 03568 | AF Holdings LLC, v. John Doe |
| 12 C 05729 | Flood v. Washington Square Restaurant |
| 12 C 07486 | Melber v. Walgreens, Inc. |

**Cases To be Reassigned From the Hon. Virginia M. Kendall
to the Initial Calendar of the Hon. Thomas M. Durkin**

| | |
|---|---|
| 10 C 06533 | Miller v. Zaruba, et al. |
| 11 C 06142 | Awalt v. Marketti, et al. |
| 11 C 08996 | Caine v. City of Chicago, et al. |
| 12 C 02955 | SAR Orland Food Inc., et al. v. Berkley Insurance |
| 12 C 03925 | The Bank of New York Mellon v. Arreo |
| 12 C 04082 | Murphy v. City ff Chicago, et al. |
| 12 C 06050 | Joe Hand Promotions, Inc. v. Gancarz |
| 12 C 06870 | Williams v. Dart, et al. |
| 12 C 07650 | De Los Santos v. Deluxe Diner, Inc. |
| 12 C 08229 | Todd v. Presidio International, Inc |
| 12 C 08989 | Hartkoorn v. CRST Expedited, Inc., et al. |
| 12 C 09558 | McGill v. MacNeal Vansguard Health S |
| 12 C 09974 | Laborers' Pension Fund, et al. v. Pioneer Construction, Inc. |

**Cases To be Reassigned From the Hon. Matthew F. Kennelly
to the Initial Calendar of the Hon. Thomas M. Durkin**

| | |
|---|---|
| 10 C 04623 | Larbi v. Advocate Christ Medical Center |
| 11 C 02164 | Fasteners for Retail, Inc. v. K International, Inc. |
| 11 C 07088 | Wilmot Mountain, Inc. v. Lake County |
| 11 C 08735 | Shannon-Smith v. Village of Bellwood |
| 12 C 01375 | Hancock, et al. v. W&D Truck Lines, Inc. |
| 12 C 03188 | U.S. Bank, National Association v. Granja, Inc. |
| 12 C 04834 | Hanmi Bank, et al. v. On-Time Inc., et al. |
| 12 C 06056 | Kallenborn v. J.C. Christensen and Associates, Inc., et al. |
| 12 C 06757 | Sorrentino, et al. v. Godinez |
| 12 C 07902 | Shave v. Bank of America, N.A |
| 12 C 08691 | PNC Bank v. Charles Horton III, et al. |
| 12 C 09254 | Jackson v. Convergent Outsourcing |
| 12 C 09903 | James River Insurance Company v. Key |

**Cases To be Reassigned From the Hon. Charles P. Kocoras
to the Initial Calendar of the Hon. Thomas M. Durkin**

| | |
|---|---|
| 11 C 03350 | In re: Michaels Stores Pin Pad Litigation |
| 11 C 03579 | Allen v. Michaels Stores, Inc. |
| 11 C 03725 | Siprut v. Michaels Stores, Inc. |
| 11 C 03883 | Williams v. Michaels Stores, Inc. |
| 11 C 05900 | Sherry v. Michaels Stores, Inc. |
| 11 C 06335 | Rosenfeld, et al. v. Michael's Stores, |
| 12 C 01863 | Wilson v. Michael's Stores, Inc |
| 12 C 01710 | Winkfield v. Superintendant Reyes, et al. |
| 12 C 02104 | Winkfield v. Dart, et al. |
| 12 C 02236 | Winkfield v. Lewis, et al. |
| 12 C 01732 | Lonsfoote v. Astrue |
| 12 C 05531 | Dixon v. Wexford Health Sources Inc. |
| 12 C 07723 | Chicago Carpenters Pension Fund v. Alca, Inc. |
| 12 C 09240 | The Bank of New York Mellon v. Kinge |
| 12 C 10017 | Saleh v. Napolitano |

**Cases To be Reassigned From the Hon. John Z. Lee
to the Initial Calendar of the Hon. Thomas M. Durkin**

| | |
|---|---|
| 06 C 02888 | Smith v. Alter, et al. |
| 10 C 03263 | Bell, et al. v. Village of Streamwood |
| 10 C 08173 | Matthews v. Matthews |
| 11 C 04246 | Pompare Technologies, LLC, et al. v. Hospira, Inc. |
| 11 C 07401 | Laborers' Pension Fund, et al. v. Fuer |
| 11 C 09320 | Johnson v. CSX Transportation, Inc. |
| 12 C 01473 | Janetos, et al. v. Fulton Friedman |
| 12 C 03278 | Reid v. Meyers, et al. |
| 12 C 05963 | Zimny v. Cook County Sheriff's Office |
| 12 C 07014 | Cosey v. Atchison, et al. |
| 12 C 07835 | Jones, et al. v. Baldassano, et al. |
| 12 C 08784 | U.S. Bank National Association v. Luna, et al. |
| 12 C 09364 | Champion Transportation Services, Inc. v. Lexington Insurance Co. |

**Cases To be Reassigned From the Hon. Joan H. Lefkow
to the Initial Calendar of the Hon. Thomas M. Durkin**

| | |
|---|---|
| 08 C 04393 | Malin v. Hospira, Inc. |
| 10 C 05735 | Bailey v. City of Chicago |
| 11 C 00775 | Giannopoulos, et al. v. Iberia Lineas |
| 11 C 01944 | Dunn-Seaton v. Donahoe, et al. |
| 11 C 08477 | Ortega v. Chicago Board of Education |

| | |
|---|---|
| 12 C 08388 | Ortega v. Chicago Public Schools |
| 11 C 09199 | Kirsch v. Astrue |
| 12 C 02009 | Lowe v. Diversified Consultants, Inc. |
| 12 C 02443 | De Jesus v. Diversified Consultants |
| 12 C 03788 | Roque v. Roofers' Unions Welfare Trust Fund, et al. |
| 12 C 05316 | Maynor v. Fearday, et al. |
| 12 C 06422 | Teamsters Health and Welfare Fund v. Ampco System Parking |
| 12 C 07055 | Rodriguez v. Sepe, et al. |
| 12 C 08299 | Andersson v. BlueCross BlueShield |
| 12 C 08812 | Laborers' Pension Fund, et al. v. Superior Performance Coatings, Inc |

**Cases To be Reassigned From the Hon. Harry D. Leinenweber
to the Initial Calendar of the Hon. Thomas M. Durkin**

| | |
|---|---|
| 10 C 01928 | Lalowski v. Corinthian Schools Inc., et al. |
| 10 C 07577 | Tipton v. Home Depot U.S.A., Inc. |
| 11 C 04259 | Tamara de Silva v. Cinquegrani |
| 11 C 07348 | Yenkle v. Cook County Department of Corrections |
| 11 C 09015 | Williams v. University of Chicago Medical Center |
| 12 C 01823 | Battles v. Comcast Cable Holdings LLC |
| 12 C 03875 | Breault v. Drywall Service, Inc. , et al. |
| 12 C 05083 | Dulong v. American Airlines, Inc., et al. |
| 12 C 06201 | Lopez, et al. v. A-1 Landscaping |
| 12 C 07340 | Specialcare Hospital Management Corp. |
| 12 C 08190 | Miller v. Sysco Food Service Chicago |
| 12 C 09095 | Sprint Nextel Corporation, et al. v. AU Electronics, Inc., et al. |
| 12 C 09706 | The Bank of New York v. Rivera, et al. |

**Cases To be Reassigned From the Hon. Charles Norgle
to the Initial Calendar of the Hon. Thomas M. Durkin**

| | |
|---|---|
| 09 C 05837 | Knebelsberger, et al. v. Village of Bellwood, et al. |
| 09 C 07156 | Rutherford v. Xtra Lease LLC |
| 10 C 07224 | Bellington Realty v. Philadelphia Insurance Co. |
| 11 C 03871 | Kole, et al. v. Village of Norridge, |
| 11 C 06747 | Matthews Sr. v. Diggs, et al. |
| 11 C 09021 | Angiulo v. United States of America |
| 12 C 01646 | Langone v. Sobot |
| 12 C 02073 | Langone v. Kaiser |
| 12 C 03885 | Berkot, Ltd. v. Midwest Refrigeration |
| 12 C 05451 | Spencer v. Life Time Fitness, Inc. |
| 12 C 06923 | Shankle v. Village of Melrose Park, |
| 12 C 07796 | Coleman v. Cook County, et al. |
| 12 C 08541 | Baker v. Johnson, et al. |
| 12 C 09438 | Gem Pratts v. Doe, et al. |

**Cases To be Reassigned From the Hon. Rebecca R. Pallmeyer
to the Initial Calendar of the Hon. Thomas M. Durkin**

| | |
|---|---|
| 08 C 07159 | Owens v. Acevedo, et al. |
| 10 C 06285 | General Star National Insurance v. Ray & Glick, Ltd., et al. |
| 11 C 01806 | Lewis v. The Marmon Group LLC |
| 11 C 05323 | Lewis v. Demcak, et al. |
| 12 C 01075 | Reyes v. Simoni, et al. |
| 12 C 03717 | Deutsche Bank v. Klimson, et al. |
| 12 C 05431 | Hardaway v. Acthison, et al. |
| 12 C 06699 | Bank of Camden v. Village of West Dundee |
| 12 C 07525 | Gonzalez v. Menard, Inc. |
| 12 C 08247 | Deutsche Bank v. Hughes |
| 12 C 09037 | Meriwether v. Underwriters Laboratories |
| 12 C 09659 | Bailey v. Astrue |
| 12 C 09934 | Central States Pension Fund v. Leslein, et al. |

.

**Cases To be Reassigned From the Hon. Amy J. St. Eve
to the Initial Calendar of the Hon. Thomas M. Durkin**

| | |
|---|---|
| 09 C 03933 | Lakeview Collection, LLC v. Bank of America National Association |
| 11 C 00728 | Ladner v. United States of America |
| 11 C 08682 | Griffin v. Carlson |
| 12 C 01243 | Ballard v. Dorsey Thornton and Assoc. |
| 12 C 03810 | Adamik v. Motyka, et al. |
| 12 C 05073 | Board of Education of Evanston-Skokie District 65 v. Risen |
| 12 C 06023 | Koch v. Chicago Board of Education |
| 12 C 07153 | Hosley International, Inc. v. Mane USA, Inc. |
| 12 C 07837 | Clean Harbors Services Inc. v. Illinois International Port District |
| 12 C 08548 | Laborers' Pension Fund, et al. v. Oro Land Construction, Inc., et al. |
| 12 C 09057 | Strunk v. The Law Offices of Brian S. Glass, P.C., et al. |
| 12 C 09485 | Liberty Counsel, Inc. v. Village of Plainfield |
| 12 C 09868 | Laborers' Pension Fund, et al. v. Bell Concrete & Paving, Inc |

**Cases To be Reassigned From the Hon. Milton I. Shadur
to the Initial Calendar of the Hon. Thomas M. Durkin**

| | |
|---|---|
| 09 C 05585 | Smith v. Greystone Alliance LLC |
| 10 C 05866 | Pickens v. Moore |
| 11 C 02110 | Casida v. Sears Holdings Corporation |
| 11 C 06638 | Keith v. Allstate Insurance Company |
| 11 C 06641 | King v. Allstate Insurance Company |
| 11 C 08823 | Federal Deposit Insurance Corporation v. Coleman Law Firm, et al. |
| 12 C 01472 | Green v. County of Cook, Illinois, et al. |
| 12 C 02636 | Blancas, et al. v. Cairo & Sons Roofing |

| | |
|---|---|
| 12 C 04126 | HSBC Bank USA, NA v. Sclafini, et al. |
| 12 C 05753 | Carson v. University of Chicago Medical Center |
| 12 C 06830 | Plumbers Pension Fund Local 130 v. L&C Hall Enterprises, Inc. |
| 12 C 07695 | EEOC v. Bobby E. Wright Comprehensive Behavioral Health Center, Inc. |
| 12 C 09313 | Midwest Trading Group, Inc. v. Global Tranz Enterprises, Inc., et al. |
| 12 C 09839 | Coyote Logistics, LLC v. Pierce National, Inc. |

**Cases To be Reassigned From the Hon. John Tharp
to the Initial Calendar of the Hon. Thomas M. Durkin**

| | |
|---|---|
| 08 C 07117 | Rubietta v. National Railroad Passenger Corp., et al. |
| 10 C 05306 | Salazar v. Town of Cicero, et al. |
| 11 C 01323 | Drewry, et al. v. Keltz |
| 11 C 05353 | Wyatt v. Hart, et al. |
| 11 C 08020 | Montanez v. City of Chicago, et al. |
| 12 C 00430 | McFarland, et al. v. Geranio, et al. |
| 12 C 01937 | Strong v. Leather, et al. |
| 12 C 03325 | Krenzelak v. The Brachfeld Law Group |
| 12 C 05973 | Green v. Snyder, et al. |
| 12 C 07145 | U.S. Bank National Association v. Nordgren |
| 12 C 08127 | United States of America v. Estate of Irene Harrig, et al. |
| 12 C 09164 | Cadet, et al. v. Evanston-Skokie Community School District 65, et al. |
| 12 C 09807 | Opila v. National Railroad Passenger Corp. |

**Cases To be Reassigned From the Hon. James B. Zagel
to the Initial Calendar of the Hon. Thomas M. Durkin**

| | |
|---|---|
| 09 C 03095 | Gross, et al. v. Security Associates Inc. |
| 10 C 04032 | Eoff v. Regis Corporation |
| 10 C 06536 | El, et al. v. Department of Justice, et al. |
| 11 C 03503 | Conlee v. WMS Industries Inc., et al. |
| 11 C 04412 | Garay v. Gamache, et al. |
| 11 C 04953 | Plumbers & Pipefitters Pension Fund v. Gamache, et al. |
| 11 C 07300 | Dawson v. Axelrood, et al. |
| 12 C 00603 | United States of America v. O'Donnel |
| 12 C 02667 | West v. Kennedy, et al. |
| 12 C 03944 | United States of America v. Estate of Clydice A. Richardson, et al. |
| 12 C 06173 | Juarez v. Knoll Landscape Services, |
| 12 C 07332 | Blanche v. United States of America |
| 12 C 08303 | Steele v. Hardy, et al. |
| 12 C 09159 | Houck v. Laborers' Pension Fund, et al. |
| 12 C 09591 | Advance Iron Work Inc. v. Contegra Construction Company |