IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

MALIBU MEDIA, LLC,

          Plaintiff,

          Case No. 1:12-cv-07579
          Honorable Thomas M. Durkin

v.

John Does 1-23,

          Defendant.

## MOTION TO JOIN JOHN DOE 12'S REQUEST FOR PROTECTIVE ORDER AND TO PROCEED UNDER A PSEUDONYM

Defendant John Doe 16 requests to join John Doe 12's request for protective order and to proceed under a pseudonym (Docket No. 21 at pp. 11-12). John Doe 16 requests the court to issue a protective order that prohibits COMCAST and MALIBU MEDIA LLC, from disclosing the identity or description including name, address, phone #, email address of JOHN DOE 16 (including its current and former agents, employees, board members, directors, insurers, attorneys, and any identifying information concerning same) (collectively, "JOHN DOE 16") without first obtaining express court authorization; prohibits COMCAST and MALIBU from including in any filing, communication, or public disclosure the description of JOHN DOE 16 without first obtaining express court authorization; requires COMCAST and MALIBU MEDIA LLC to file under seal any document that discloses the identity or description of JOHN DOE 16; and allows JOHN DOE 16 to proceed anonymously in this litigation under the pseudonym of "JOHN DOE 16", or entering such further or alternative relief as this Court deems just and appropriate.

Dated: 2/11/2013

          Respectfully submitted,

          s/John Doe 16
          John Doe
          *Pro se*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing MOTION FOR CLERIFICATION, was served by Us Mail to the court and Plaintiff counsel:

Paul Nicoletti, Esq.

Law offices of Nicoletti & Associates, LLC

36880 Woodward Avenue, Suite 100

Bloomfield Hills, MI 48304