IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Case No. 1:12-cv-07579 |
| v. | ) |
| JOHN DOES 1-23, | ) |
| Defendants. | ) |

**PLAINTIFF'S RESPONSE TO MOTION TO JOIN JOHN DOE 12'S
REQUEST FOR PROTECTIVE ORDER AND TO PROCEED
UNDER A PSEUDONYM [CM/ECF 45]**

Plaintiff does not object to the relief requested by Defendant John Doe 16's in his/her Motion to Join John Doe 12's Request for a Protective Order and to Proceed Under a Pseudonym.

Dated: March 5, 2013

Respectfully submitted,
NICOLETTI & ASSOCIATES, PLLC

By: /s/ *Paul J. Nicoletti*
Paul J. Nicoletti, Esq. (P44419)
36880 Woodward Ave, Suite 100
Bloomfield Hills, MI 48304
Tel: (248) 203-7800
Fax: (248) 203-7801
E-Fax: (248) 928-7051
Email: paul@nicoletti-associates.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Paul J. Nicoletti*