### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>JOHN DOES 1-23, )<br>)<br>    Defendants. )<br>_____ ) | Case No. 1:12-cv-07579 |

### NOTICE OF VOLUNTARY DISMISSAL
### WITHOUT PREJUDICE OF JOHN DOES 21, 22 & 23 ONLY

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses John Does 21, 22 & 23 ("Defendants") from this action without prejudice. Defendants were assigned the IP addresses 205.178.77.184, 24.148.2.211 and 174.128.217.50, respectively. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: April 15, 2013

                                                        Respectfully submitted,
                                                        NICOLETTI & ASSOCIATES, PLLC

                                   By:   /s/ *Paul J. Nicoletti*
                                                     Paul J. Nicoletti, Esq. (P44419)
                                                     36880 Woodward Ave, Suite 100
                                                     Bloomfield Hills, MI 48304
                                                     Tel: (248) 203-7800
                                                     Fax: (248) 203-7801
                                                     E-Fax: (248) 928-7051
                                                     Email: paul@nicoletti-associates.com
                                                     *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 15, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

               By:  /s/ *Paul J. Nicoletti*