**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:12-cv-07579 |
| ) | |
| v. ) | |
| ) | |
| JOHN DOES 1-23, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF JOHN DOES 2, 12, 16 & 20 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses John Does 2, 12, 16 & 20 ("Defendants") from this action <u>without prejudice</u>. Defendants were assigned the IP addresses 24.12.193.153, 68.60.243.183, 98.226.200.170 and 98.228.252.116, respectively. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: June 13, 2013

            Respectfully submitted,
            NICOLETTI & ASSOCIATES, PLLC

       By:   /s/ *Paul J. Nicoletti*
            Paul J. Nicoletti, Esq. (P44419)
            36880 Woodward Ave, Suite 100
            Bloomfield Hills, MI 48304
            Tel: (248) 203-7800
            Fax: (248) 203-7801
            E-Fax: (248) 928-7051
            Email: paul@nicoletti-associates.com
            *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 13, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

               By:  /s/ *Paul J. Nicoletti*