**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MALIBU MEDIA, LLC, </br></br>    Plaintiff, </br></br>v. </br></br>JOHN DOES 1-23, </br></br>    Defendants. | ) </br> ) </br> ) Case No. 1:12-cv-07579 </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE OF JOHN DOES 3, 4, 5, 7, 8, 9, 10, 11, 13, 18 & 19 ONLY**

    **PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses John Does 3, 4, 5, 7, 8, 9, 10, 11, 13, 18 & 19 ("Defendants") from this action without prejudice. Defendants were assigned the IP addresses 24.13.129.180, 24.13.235.55, 50.140.145.225, 67.173.104.159, 67.173.121.200, 67.173.8.252, 67.184.6.167, 67.184.70.52, 69.243.147.159, 98.227.145.147 & 98.227.161.74, respectively. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

    Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

    Dated: June 19, 2013

                                                      Respectfully submitted,
                                                    NICOLETTI & ASSOCIATES, PLLC

                              By:    /s/ *Paul J. Nicoletti*
                                            Paul J. Nicoletti, Esq. (P44419)
                                            36880 Woodward Ave, Suite 100
                                            Bloomfield Hills, MI 48304
                                            Tel: (248) 203-7800
                                            Fax: (248) 203-7801
                                            E-Fax: (248) 928-7051
                                            Email: paul@nicoletti-associates.com
                                            *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 15, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By:    /s/ *Paul J. Nicoletti*