# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Malibu Media, LLC

                           Plaintiff,

v.                                            Case No.: 1:12–cv–07579
                                                      Honorable Thomas M. Durkin

John Does 1–23, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 25, 2013:

      MINUTE entry before Honorable Thomas M. Durkin:Status hearing held on 6/25/2013. This action is hereby dismissed with prejudice, as Plaintiff has moved to voluntary dismiss Does 1– 23. All pending motions are denied as moot. Civil case terminated. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.